441 A.2d 791

Commonwealth v. Biancone, Appellant.

Submitted January 20,

1981. Timothy A. Crawford, for appellant; Gaele McLaughlin Barthold, Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, POPOVICH and DiSALLE, JJ.

Judgment of sentence affirmed.

Decision was rendered prior to DiSALLE, J. leaving the bench of the Superior Court of Pennsylvania.